UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL** JS-6

| Case No. | CV 10-9654 (FMOx) | Date | February 9, 2011 |
|---|---|---|---|
| Title | MICHELLE COTTON v. KAISER FOUNDATION HOSPITAL | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) - PLAINTIFF'S MOTION TO REMAND TO STATE COURT** (filed 01/14/11 & 01/21/11)

The Court finds this motion appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local Rule 7-15.

On December 16, 2010, defendant removed the instant case from the Los Angeles Superior Court. On January 14, 2011, plaintiff filed a motion to remand. On January 21, 2011, the parties filed a stipulation for leave for plaintiff to file a second amended complaint. On January 21, 2011, plaintiff filed a renewed motion to remand. On January 26, 2011, defendant filed a statement of non-opposition to the motion. On February 1, 2011, plaintiff filed a reply in support of her motion. On February 8, 2011, the Court granted the parties' stipulation to file a second amended complaint and the Court directs the Clerk to file the second amended complaint forthwith.

Defendant does not oppose plaintiff's motion on the basis that in amending her complaint, she dismissed her only federal claim. The Court concludes that remand is proper because this Court no longer has subject matter jurisdiction over plaintiff's claims. Therefore, plaintiff's motion to remand is GRANTED.

IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |